# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| JAMES F. MCKINNIE, ET AL. | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | Civil No. 2:11-0002 |
| | ) | Judge Trauger |
| UNITED STATES | ) | |
| | ) | |
| Defendant | ) | |

## O R D E R

The court has been notified that this case has settled. It is hereby **ORDERED** that a stipulation of dismissal or other settlement document shall be filed within sixty (60) days of the entry of this Order.

The initial case management conference set for June 6, 2011 is **CANCELLED**.

It is so **ORDERED**.

ENTER this 27th day of May 2011.

_____
ALETA A. TRAUGER
U.S. District Judge